# UNITED STATES DISTRICT COURT
### for the

_Middle_ District of _Florida_

LESHIA BAXTER and ARTHUR KESHISHYAN,
individually and on behalf of all others similarly
situated,

_Plaintiff(s)_

v.

VSC LLC, a limited liability company,

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)

_First Amended Summons_

Civil Action No. 8:17-cv-01718-EAK-TGW

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ VSC, LLC
2950 Lake Emma Road, Suite 3020
Lake Mary, Florida 32746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefan Coleman, Esq.
Law Office of Stefan Coleman
201 S Biscayne Blvd., 28th Floor
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _October 11, 2017_

_Signature of Clerk or Deputy Clerk_

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

❒ I personally served the summons on the individual at *(place)*

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                            , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)*                                                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                            ; or

❒ I returned the summons unexecuted because                                                        ; or

❒ Other *(specify):*


My fees are $            for travel and $            for services, for a total of $

I declare under penalty of perjury that this information is true.


Date:

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: