

# AFFIDAVIT OF PROCESS SERVER

Job # 2017008103

## Client Info:
BLAKE J. DUGGER - LAW OFFICES OF OF STEFAN COLEMAN P.A.
1011 W. COLTER ST.
# 236
Phoenix, AZ  85013

## Case Info:

**PLAINTIFF:**
LESHIA BAXTER, ET AL
-versus-
**DEFENDANT:**
VSC LLC

US DISTRICT COURT
Court Division: ORLANDO

Court Case # **8:17-CV-01718-EAK-TGW**

## Service Info:

**Date Received:** 10/11/2017 at **01:10 PM**
**Service:** I Served **VSC LLC**
**With:** **SUMMONS, FIRST AMENDED CLASS ACTION COMPLAINT, STANDING ORDER, LETTER, EXHIBITS**
by leaving with **CHRISTOPHER BARFIELD, AUTHORIZED TO ACCEPT**

At Business **2950 LAKE EMMA RD. STE. 3020 LAKE MARY, FL 32746**
On **10/12/2017** at **11:30 AM**
**Manner of Service: 2. LLC**
PURSUANT TO F.S. Ch. 48.062.

## Served Description: (Approx)

Age: **35-45**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 8"**, Weight: **180**, Hair: **Bald** Glasses: **No**

I **BENNY GONZALEZ** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _____
**BENNY GONZALEZ**
**0298 & 180016**

**ACCURATE SERVE ORLANDO**
424 E CENTRAL BLVD, SUITE 304
Orlando, FL 32801
Our Job # **2017008103**

SUBSCRIBED AND SWORN to before me this __13th__ day of __Oct.__, __2017__, by **BENNY GONZALEZ**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for the state of Florida

CHRISTINE YAWNICK
State of Florida-Notary Public
Commission # GG 119935
My Commission Expires
June 28, 2021